(1) page
Layne Hayden, Esq. #230478
A Professional Corporation
3585 West Beechwood Avenue, Ste 107
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Griggs, | Case No.  1:05-CV-01313-REC-SMS |
| Plaintiff, | NOTICE OF DISMISSAL |
| vs. | |
| Wayne Stumpfter, acting California Secretary of State | |
| Defendants. | |

     PLEASE TAKE NOTICE that the plaintiff, Brenda Griggs, dismisses defendants Bruce MacPherson and Susan Sunne Wright-McPeak, without prejudice, from this lawsuit.

Date: 12-14-2005

                                  /S/ Layne E. Hayden
                                  Layne E. Hayden
                                  Attorney for Plaintiff

Dated: December 16, 2005

                                ___/s/ ROBERT E. COYLE
                                Honorable Robert E. Coyle

_____
NOTICE OF DISMISSAL

1