UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA S. GRIGGS, ) | 1:05-CV-01313-REC-SMS |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING ON MOTION |
| v. ) | TO AMEND OR CORRECT FIRST AMENDED |
| ) | COMPLAINT (DOC. 11) |
| WAYNE STRUMPFER, Acting ) | |
| California Secretary of State,) | **VACATED HEARING DATE:** |
| et al., ) | **March 3, 2006** |
| ) | |
| Defendants. ) | ORDER DEEMING MOTION SUBMITTED TO |
| ) | THE COURT FOR DECISION (DOC. 11) |

 Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

 On January 26, 2006, Plaintiff filed a motion to amend or correct the first amended complaint (FAC) along with a declaration and memorandum of points and authorities. The motion was served by mail on Defendant Strumpfer as Acting California Corporations Commissioner.[1] No opposition has been filed.

 Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California,

---

[1] It is not clear whether or not Defendant Stumpfer has been served with the FAC or any complaint in this action.

1

the Court finds that the motion to amend or correct the first amended complaint is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for March 3, 2006, at 9:30 a.m., IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:     February 27, 2006**               **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE

2